UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN QUEN LeBLEU,

    Plaintiff,

v.                                              Case No. 1:16-cv-127
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**

Dated:  March 29, 2017                /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge